**Raymond DAVIS, Appellant,**

v.

**KEN DEC INC. and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal fom Hart Circuit Court; Charles Richardson, Judge.

J. Wood Vance, Jr., Glasgow, for appellant.

Larry Johnson, Louisville, for appellees.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

**Ralph MOORE, Appellant,**

v.

**Calvin NICKLES et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Knott Circuit Court; Ben Mann, Judge.

Paul Hayes, Prestonsburg, James Bates, Dry Creek, for appellant.

Clark Pratt, Hindman, Jarvis Allen, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Special Commissioner GEORGE F. WILLIAMSON, Affirming.*

**MASON DIXON COMPANY, Appellant,**

v.

**Marvin R. PORTER et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Bullitt Circuit Court; Charles R. Richardson, Judge.

Robert P. Hastings, Hardy, Logan & Hastings, Louisville, for appellant.

Athol Lee Taylor, Taylor & Waller, Shepherdsville, for appellee.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

**Charles KINCAID, Sr., Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Kenton Circuit Court; Melvin T. Stubbs, Judge.

James J. Gilliece, Covington, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Deputy Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.